Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

LURIE, ZEPEDA, SCHMALZ & HOGAN
A Professional Corporation
WAYNE C. ARNOLD, State Bar No. 103194
*warnold@lurie-zepeda.com*
PAYTON E. GAROFALO, State Bar No. 274135
*pgarofalo@lurie-zepeda.com*
9107 Wilshire Boulevard, Suite 800
Beverly Hills, California 90210-5533
PH: (310) 274-8700   FAX: (310) 274-2798

Attorneys for Defendant
Thrifty Payless, Inc. dba Rite Aid # 5863

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No. 1:14-cv-01707---BAM |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| THRIFTY PAYLESS, INC., dba RITE AID #5863, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendant Thrifty Payless, Inc., dba Rite Aid #5863, the parties who have appeared in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Date: February 9, 2015                MOORE LAW FIRM, P.C.

                                      */s/ Tanya E. Moore*
                                      Tanya E. Moore
                                      Attorneys for Plaintiff
                                      Ronald Moore

Date: February 6, 2015                LURIE, ZEPEDA, SCHMALZ & HOGAN

                                      */s/ Payton E. Garofalo*
                                      Payton E. Garofalo
                                      Attorneys for Defendant
                                      Thrifty Payless, Inc., dba Rite Aid #5863

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated**:   February 10, 2015**              /s/ Barbara A. McAuliffe
                                            UNITED STATES MAGISTRATE JUDGE